UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT JOSEPH LUMPKIN, <br><br> Plaintiff, <br><br> v. <br><br> SERGEANT ARMSTRONG, <br><br> Defendant. | Case No. C09-1014-RAJ-BAT <br><br> ORDER RE: PLAINTIFF'S PENDING MOTIONS |

This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff has filed several motions in recent weeks. Among the motions recently received from plaintiff are two motions requesting a responsive pleading from defendant, a motion to proceed in a civil matter, a motion for default judgment, and a motion for summary judgment. In each of his motions, plaintiff complains about defendant's failure to file a timely response to his amended complaint. However, with the exception of his motion for default judgment, plaintiff apparently failed to serve his motions on counsel for defendants as required by Local Rule CR 7(b). Accordingly, those motions (Dkt. Nos. 16, 17, 18 and 20) are hereby **STRICKEN**.

ORDER RE: PLAINTIFF'S
PENDING MOTIONS
PAGE - 1

With respect to plaintiff's motion for default judgment, the Court notes that defendants have now filed an answer to plaintiff's amended complaint. Accordingly, plaintiff's motion for default judgment (Dkt. No. 19) is **STRICKEN** as moot.

The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Richard A. Jones.

DATED this 25th day of February, 2010.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge