UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT J. LUMPKIN,<br><br>                 Plaintiff,<br><br>  v.<br><br>SERGEANT ARMSTRONG.<br><br>                 Defendant. | Case No. C09-1014-RAJ<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

The Court, having reviewed plaintiff's amended complaint; defendant Armstrong's motion for summary judgment; the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge; the Plaintiff's objections to the Report and Recommendation; and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Defendant Armstrong's motion for summary judgment (Dkt. No. 40) is **GRANTED**.

(3) Plaintiff's amended complaint (Dkt. No. 10) and this action are **DISMISSED** with prejudice as to defendant Armstrong.

ORDER GRANTING DEFENDANTS'
MOTION FOR PARTIAL SUMMARY
JUDGMENT - 1

1  ///

2     (4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for

3  defendant, and to Judge Tsuchida.

4     DATED this <u>28th</u> day of December, 2010.

<br>

<br>

                 /s/ Richard A. Jones
                 _____
                 The Honorable Richard A. Jones
                 United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR PARTIAL SUMMARY
JUDGMENT - 2